UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, | ) | |
| INC., <u>et</u> <u>al</u>., | ) | Case No. 00-389 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Ref. Docket Nos. 12166 and 12172** |

## <u>NOTICE OF CROSS-APPEAL</u>

The IHS Liquidating LLC hereby cross-appeals pursuant to Rule 8001 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a) from the Order dated as of June 20, 2006, and entered by the United States Bankruptcy Court for the District of Delaware, the Honorable Mary F. Walrath presiding, on June 20, 2006 (Docket No. 12166) (the "Order"). This notice of cross-appeal is timely because Abe Briarwood Corporation ("Briarwood") filed its notice of appeal from the Order on June 27, 2006 (Docket No. 12172).

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant/Cross-Appellee**:   Abe Briarwood Corporation

Counsel for Appellant/          BACKENROTH FRANKEL & KRINSKY LLP
Cross-Appellee:

                              Abraham Backenroth, Esquire
                              Scott Krinsky, Esquire
                              489 Fifth Avenue, 28th Floor
                              New York, New York 10017
                              Phone: (212) 593-1100

| | |
|---|---|
| Co-Counsel for Appellant/<br>Cross-Appellee: | DUANE MORRIS LLP |

Frederick B. Rosner, Esquire
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: (302) 657-4900

| | |
|---|---|
| **Appellee/Cross-Appellant:** | **IHS Liquidating LLC** |
| Counsel for Appellee/<br>Cross-Appellant: | KAYE SCHOLER LLP |

Arthur Steinberg, Esquire
Lester M. Kirshenbaum, Esquire
Ana M. Alfonso, Esquire
425 Park Avenue
New York, New York 10022-3598
Phone: (212) 836-8000

| | |
|---|---|
| Co-Counsel for Appellee/<br>Cross-Appellant: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

Robert S. Brady, Esquire
Joseph M. Barry, Esquire
Edmon L. Morton, Esquire
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Phone: (302) 571-6600

Dated: Wilmington Delaware
July **6**, 2006

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Joseph M. Barry (No. 4221)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6731

-and-

KAYE SCHOLER LLP
Arthur Steinberg
Ana M. Alfonso
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

Attorneys for IHS Liquidating LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, | ) | Case Nos. 00-389 (MFW) |
| INC., et al., | ) | through 00-825 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered Under |
| | ) | Case No. 00-389 (MFW)) |

# O R D E R

**AND NOW,** this **20th** day of **JUNE, 2006,** upon consideration of the Motions of Abe Briarwood Corporation ("Briarwood") to Compel the Debtors to Comply with the Stock Purchase Agreement and to Permit it to Release Certain Funds Held by it in Escrow and the responses of the IHS Liquidating LLC (the "LLC") thereto, and for the reasons stated in the accompanying Opinion, it is hereby

**ORDERED** that the Motion of the LLC for leave to file a supplemental memorandum is hereby **GRANTED;** and it is further

**ORDERED** that Motions of Briarwood are hereby **DENIED;** and it is further

**ORDERED** that the LLC's counterclaims, except with respect to its request that Briarwood be compelled to replace the letters of credit related to the Greenwich Insurance Company bonds, are hereby **DENIED;** and it is further

**ORDERED** that a hearing to consider the LLC's request that Briarwood be compelled to replace the letters of credit or

collateral related to the Greenwich Insurance Company bonds is rescheduled for status hearing on June 27, 2006, at 2:00 pm.

BY THE COURT:

*Mary F. Walrath*
Mary F. Walrath
United States Bankruptcy Judge

cc: Robert S. Brady, Esquire[1]

---

[1] Counsel for the LLC shall serve a copy of this Order and accompanying Opinion on all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Counsel for IHS Liquidating L.L.C.

Arthur Steinberg, Esquire
Lester M. Kirshenbaum, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3598
Counsel for IHS Liquidating L.L.C.

Abraham Backenroth, Esquire
Backenroth Frankel & Krinsky LLP
489 Fifth Avenue, 28th Floor
New York, New York 10017
Counsel for Abe Briarwood Corporation

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
1201 N. Orange Street, Suite 1001
Wilmington, DE 19899-0391
Counsel for Abe Briarwood Corporation

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of Court　　　　　　　　　　　　　　　824 Market Street
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　(302) 252-2900

Date:　August 4, 2006

To:　Clerk of Court
　　　U.S. District Court
　　　District of Delaware
　　　Wilmington De 19801

Re　**Integrated Health Services Inc. et al**
　　　**Bankruptcy Case #00-389**
　　　**Appeal #06-42**
　　　**Cross Appeal #06-43**

Enclosed you will find **Notice of Appeal 06-42 docket #12172, Order docket #12166, Notice of Cross Appeal docket #12180.**
Related Docket Entries: **Appellant's Designation docket #12182, #12205.**
**Appellee/Cross Appellant Designation docket #12195.**

Kindly acknowledge receipt of this document. Betsy_Magnuson@DEB.uscourts.gov

　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　/s/ Betsy Magnuson
　　　　　　　　　　　　　　　　　　Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___ day of _____ 2003.


By:_____
　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　_____ Supervisor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**Intergrated Health Services Inc., et al.**
Bankruptcy Case No. 00-389                                         August 4, 2006
Appeal No.: 06-42
Cross Appeal No. 06-43

**Name of Appellant:**     Abe Briarwood Corporation
**Counsel for Appellant:** Frederick B Rosner
                          1100 North Market Street suite 1200
                          Wilmington DE 19801

**Name of Appellee:**      Intergrated Health Services Inc., et al.
**Counsel for Appellee:**  Robert S Brady
                          1000 West Street 17th Floor
                          Wilmington DE 19899

**Enclosed Items:**
Notice of Appeal: docket # 12172, Order #12166
Notice of Cross Appeal docket # 12180

Appellant: Designation: docket # 12182, #12205
Appellee/Cross-Appellant: Designation: docket # 12195