IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) | Case No. 00-389 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 12166, 12172 & 12180** |
| | ) | |

**APPELLANT/CROSS-APPELLEE ABE BRIARWOOD CORPORATION'S COUNTER-STATEMENT OF ISSUES ON CROSS-APPEAL**

Abe Briarwood Corporation ("Briarwood"), appellant/cross-appellee, pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby submits this counter-statement of issues on the cross-appeal (Docket No. 12180) of IHS Liquidating LLC ("Liquidating LLC") from the Bankruptcy Court Order, dated as of June 20, 2006, and entered on the Bankruptcy Court's docket on June 20, 2006 (Docket No. 12166), as follows:

**STATEMENT OF ISSUES TO BE PRESENTED ON CROSS-APPEAL**

1. Whether the Bankruptcy Court's finding, after a two (2) day trial, denying the Liquidating LLC's counterclaim for attorney's fees alleged in Count 1 of the Liquidating LLC's Response to Briarwood's Motion to Compel the Debtors to Comply with the Stock Purchase Agreement and Cross-Motion for Affirmative Relief [Docket No. 11668](the "Cross-Motion"), was clearly erroneous.

2. Whether the Bankruptcy Court's finding, after a two (2) day trial, that there was no "prevailing party" within the meaning of section 1.1 of the Stock Purchase Agreement between Integrated Health Services, Inc. and Briarwood, was clearly erroneous.

DM3\383563.1

3.      Whether the Bankruptcy Court's finding, after a two (2) trial, denying in part the Liquidating LLC's counterclaim for relief with respect to Count IV of the Cross-Motion, was clearly erroneous.

Briarwood reserves the right to modify, restate and/or supplement the foregoing counter-statement of issues to the fullest extent permitted by the Bankruptcy Code and Rules.

Dated: July 26, 2006   **DUANE MORRIS**
Wilmington, Delaware

By: /s/ *Frederick B. Rosner*
Frederick B. Rosner (ID No.3995)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Tel: (302) 657-4900
Fax: (302) 657-4901

**BACKENROTH FRANKEL & KRINSKY LLP**

By: /s/ *Abraham Backenroth*
Abraham Backenroth (AB-1989)
489 Fifth Avenue, 28th Floor
New York, New York 10017
Tel: (212) 593-1100
Fax: (212) 644-0544