# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William H. Sudell, Jr.
302 351 9284
302 425 4685 Fax
wsudell@mnat.com

December 13, 2006

**BY HAND**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 N. King Street
Lock Box 19
Wilmington, DE 19801

Re: *Abe Briarwood Corporation v. IHS Liquidating LLC*
Case No. 06-479 (GMS)
*IHS Liquidating LLC v. Abe Briarwood Corporation*
Case No. 06-480 (GMS)

Dear Judge Sleet:

      I was appointed mediator in connection with the referenced appeals from the United States Bankruptcy Court for the District of Delaware pursuant to the Standing Order of the United States District Court for the District of Delaware dated July 23, 2004. I write to report that two mediation sessions were conducted, at which counsel and representatives of all parties were present, on October 5, 2006 and December 4, 2006. No resolution of the matters on appeal was reached and the parties have agreed that there is no reason to mediate further.

Respectfully yours,

*William H. Sudell*

William H. Sudell, Jr.

WHS/clh
cc: Ms. Elizabeth Dinan
     Robert S. Brady, Esquire
     Arthur Steinberg, Esquire
     Frederick B. Rosner, Esquire
     Abraham J. Beckenroth, Esquire

549031