IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re<br><br>INTEGRATED HEALTH SERVICES, INC., et al.,<br><br>          Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy Co. No. 00-00389 |
| ABE BRIARWOOD CORPORATION<br><br>          Appellant<br><br>v.<br><br>IHS LIQUIDATING LLC<br><br>          Appellee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-479 GMS |
| IHS LIQUIDATING LLC<br><br>          Appellant<br><br>v.<br><br>ABE BRIARWOOD CORPORATION<br><br>          Appellee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-480 GMS |

**STIPULATION AND ORDER (I) CONSOLIDATING
APPEALS, AND (II) ESTABLISHING BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED by and between the Abe Briarwood Corporation ("Briarwood"), and IHS Liquidating LLC ("IHS"), as follows:

WHEREAS, on August 4, 2006, a Notice of Appeal of the Order of the Bankruptcy Court entered on June 20, 2006, was filed by Briarwood in Civil Action No. 06-479 (D.I. 1);

WHEREAS, on August 4, 2006, a Notice of Cross-Appeal of the Order of the Bankruptcy Court entered on June 20, 2006, was filed by IHS in Civil Action No. 06-480 (D.I. 1);

WHEREAS, on August 8, 2006, the Appeal and Cross-Appeal filed in Civil Action No.'s 06-479 and 06-480, were referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on December 14, 2006, a notice of Completion of Mediation was filed by William H. Sudell, Jr., Esq. in connection with the Appeal and Cross-Appeal filed in Civil Action Nos. 06-479 and 06-480 (D.I. 5); and

WHEREAS, on December 15, 2006, the Court issued Orders requiring the parties to submit a jointly proposed briefing schedule for the Court's consideration by no later than January 15, 2007 in connection with the Appeal and Cross-Appeal filed in Civil Action Nos. 06-479 and 06-480.

NOW THEREFORE, in consideration of the aforementioned premises incorporated herein by reference, it is ORDERED and AGREED as follows:

1. The Appeal and Cross-Appeal are consolidated into and under Civil Action No. 06-479;

2. Briarwood shall serve and file its opening Brief in support of its Appeal on or before February 7, 2007;

3. IHS shall serve and file its Brief in opposition to the Appeal and in support of its Cross-Appeal on or before March 7, 2007;

4. Briarwood shall serve and file its reply Brief in further support of its Appeal and in opposition to the Cross-Appeal on or before March 28, 2007; and

5. IHS shall serve and file its reply Brief in further support of its Cross-Appeal on or before April 18, 2007.

Dated: January 10, 2007

           **DUANE MORRIS**
           By: /s/ *Frederick B. Rosner*
           Frederick B. Rosner (No.3995)
           1100 North Market Street, Suite 1200
           Wilmington, Delaware 19801-1246
           Tel: (302) 657-4900
           Fax: (302) 657-4901

           - and -

           **BACKENROTH FRANKEL & KRINSKY LLP**
           Abraham Backenroth
           489 Fifth Avenue, 28th Floor
           New York, New York 10017
           Tel: (212) 593-1100
           Fax: (212) 644-0544

           Attorneys for Appellant, Abe Briarwood Corporation

           **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

           By: 
           Robert S. Brady (No. 2847)
           Edmon L. Morton (No. 3856)
           Joseph M. Barry (No. 4221)
           Kenneth J. Enos (No. 4544)
           The Brandywine Building
           1000 West Street, 17th Floor
           Wilmington, DE 19801-1246
           Tel: (302) 571-6731
           Fax: (302) 571-1253

           - and -

**KAYE SCHOLER LLP**
Michael J. Crames
Arthur Steinberg
Marc D. Rosenberg
425 Park Avenue
New York, New York 10022-3598
Tel: (212) 836-8000
Fax: (212) 836-8689

Attorneys for Appellee, IHS Liquidating LLC

SO ORDERED, this ___ day
of January, 2007

_____
Gregory M. Sleet
United States District Judge